# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alexei Plestsov, et al.

                        Plaintiff,

v.                                                      Case No.: 1:20–cv–01847
                                                                Honorable Manish S. Shah

GTS Transportation Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 22, 2021:

       MINUTE entry before the Honorable Manish S. Shah: The motion to approve settlement [72] is granted. The court reviewed the settlement agreement in camera and concludes that the settlement is a reasonable compromise of a bona fide wage dispute. The case is dismissed pursuant to settlement, without prejudice to reinstatement in the event of a failure of settlement terms by 1/5/22. If no motion to reinstate is filed, the dismissal will automatically convert to a dismissal with prejudice (as to the claims of the names plaintiffs only). Terminate civil case. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.